UNITED STATES et al. v. NEW ORLEANS PAC. RY. CO. et al.
(three cases).

(Circuit Court of Appeals, Fifth Circuit. October 3, 1916. Rehearing Denied November 4, 1916.)

Nos. 2852, 2864, 2865.

Appeals from the District Court of the United States for the Western District of Louisiana; Aleck Boarman, Judge.

Suits by the United States against the New Orleans Pacific Railway Company and another, in which Mrs. M. Caroline Hughes and another intervened by the United States against the New Orleans Pacific Railway Company and others, in which Mrs. Josephine Brown intervened, and by the United States against the New Orleans Pacific Railway Company and another, in which William R. Turner intervened. Decrees for defendants, and complainant and interveners appeal. Affirmed.

In No. 2852:
Geo. Whitfield Jack, U. S. Atty., and Robt. A. Hunter, Asst. U. S. Atty., both of Shreveport, La., for appellants.
H. H. White, of Alexandria, La., F. G. Hudson, Jr., of Monroe, La., and Mark Norris, of Grand Rapids, Mich., for appellees.

In No. 2864:
Geo. Whitfield Jack, U. S. Atty., and Robt. A. Hunter, Asst. U. S. Atty., both of Shreveport, La., and S. M. Atkinson, of Mansfield, La., for appellants.
H. H. White, of Alexandria, La., F. G. Hudson, of Monroe, La., James George Palmer, of Shreveport, La., and Mark Norris, of Grand Rapids, Mich., for appellees.

In No. 2865:
Geo. Whitfield Jack, U. S. Atty., Robert A. Hunter, Asst. U. S. Atty., and Sidney I. Foster, all of Shreveport, La., for appellants.
F. G. Hudson, Jr., of Monroe, La., James Geo. Palmer, of Shreveport, La., and Mark Norris, of Grand Rapids, Mich., for appellees.

Before PARDEE and WALKER, Circuit Judges, and MAXEY, District Judge.

PER CURIAM. For reasons stated in the opinions rendered in the cases of United States and Newton B. Terrell et al. v. New Orleans Pacific Railway Co. et al., 235 Fed. 833, —— C. C. A. ——, and of United States and Stephen N. Grant v. New Orleans Pacific Railway Co. et al., 235 Fed. 841, —— C. C. A. —— (present term, U. S., C. C. A., 5th Circuit), the decree appealed from in each of the three above-mentioned cases is affirmed.

MAXEY, District Judge, was prevented by illness from participating in the decision of these cases.